UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY W. THOMAS | CIVIL ACTION |
| VERSUS | NO. 19-10597 |
| NEW HOTEL MONTELEONE, LLC | SECTION "R" (1) |

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's complaint is dismissed with prejudice.

New Orleans, Louisiana, this __10th__ day of June, 2020.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE